| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Seabright, J. Michael | 2. Court or Organization District Court - Hawaii | 3. Date of Report 06/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

300 Ala Moana Blvd.
Room C-435
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | American Inns of Court - Hawaii Chapter |
| 2. | Director | ▨ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 06/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | William S. Richardson School of Law - teaching | $3,636.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of Hawaii Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Phyllis Northrup | family gift | $10,000.00 |
| 2. | Susman Godfrey, LLP | legal services (see part VIII for further explanation) | $26,658.91 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Fidelity Cash (IRA) | A | Interest | | | Sold | 08/28/13 | K | A | |
| 2. | Honolulu Federal Employees Federal Credit Union Accounts | B | Interest | L | T | | | | | |
| 3. | Fidelity Municipal Money Market Fund | A | Dividend | | | Sold | 09/12/13 | K | A | |
| 4. | Vanguard Infl. Protected Securities Mutual Fund (IRA) | A | Dividend | | | Sold | 08/06/13 | K | A | |
| 5. | Marsico Focus Mutual Fund (IRA) | A | Dividend | | | Sold | 08/28/13 | J | A | |
| 6. | State of Hawaii PTS Deferred Compensation Plans | A | Dividend | K | T | | | | | |
| 7. | Vanguard Growth (529 plan) | | None | | | Sold | 11/11/13 | K | | |
| 8. | Vanguard Moderate Growth (529 plan) | | None | | | Sold | 11/11/13 | K | | |
| 9. | Vanguard Total Stock Market Index (529 plan) | | None | | | Sold | 11/11/13 | K | | |
| 10. | Vanguard Money Market (529 plan) | | None | | | Sold | 11/11/13 | J | | |
| 11. | Vanguard Age-Based Option (529 plan) | | None | L | T | Buy | 11/11/13 | L | | |
| 12. | Fidelity Government Income Mutual Fund | A | Dividend | | | Sold | 08/06/13 | J | A | |
| 13. | Pimco Corp Income and Opportunity Mutual Fund | A | Dividend | | | Sold | 09/09/13 | J | | |
| 14. | American Capital Income Builder Mutual Fund | A | Dividend | | | Sold | 09/12/13 | J | C | |
| 15. | Fidelity Strategic Income Mutual Fund | A | Dividend | | | Sold | 09/09/13 | J | A | |
| 16. | Post PPTYS Inc. (a REIT) | A | Dividend | | | Sold | 09/12/13 | J | C | |
| 17. | Vanguard Wellington Fund Inv. Mutual Fund | A | Dividend | | | Sold | 09/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard High-Yield Corp. Inv. Mutual Fund | A | Dividend | | | Sold | 09/09/13 | J | | |
| 19. Vanguard GNMA Fund Inv. Shares Mutual Fund | A | Dividend | | | Sold | 09/09/13 | J | | |
| 20. Vanguard Infl. Protected Securities Mutual Fund | A | Dividend | | | Sold | 08/06/13 | J | A | |
| 21. Vanguard Prime Money Mkt Mutual Fund | A | Dividend | | | Sold | 09/19/13 | K | A | |
| 22. Ishares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy | 09/12/13 | L | | |
| 23. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 24. | | | | | Sold (part) | 09/13/13 | J | | |
| 25. Ishares Russell 1000 Value ETF (IWD) | A | Dividend | L | T | Buy | 09/12/13 | K | | |
| 26. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 27. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 28. Ishares Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 29. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 30. | | | | | Sold (part) | 11/08/13 | J | A | |
| 31. Ishares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 32. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 33. Ishares Russell Midcap Growth ETF (IWP) | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 34. | | | | | Buy (add'l) | 11/08/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 09/13/13 | J | | |
| 36. Ishares Russell Midcap Value ETF (IWS) | A | Dividend | K | T | Buy | 09/12/13 | J | | |
| 37. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 38. SPDR Barclays Capital High Yield (JNK) | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 39. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 40. SPDR Barclays Capital International (BWX) | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 41. Vanguard FTSE Developed Markets (VEA) | A | Dividend | L | T | Buy | 09/12/13 | L | | |
| 42. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 43. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 44. Vanguard FTSE Emerging Markets (VWO) | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 45. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 46. | | | | | Sold (part) | 11/08/13 | J | | |
| 47. Vanguard Short Term Bond (BSV) | A | Dividend | L | T | Buy | 09/12/13 | L | | |
| 48. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 49. Vanguard Total Bond Market (BND) | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 50. | | | | | Sold (part) | 11/08/13 | J | A | |
| 51. Invesco Premier Inst (IPPXX) | A | Dividend | K | T | Buy | 09/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/08/13 | J | | |
| 53. Ishares JP Morgan EM Bond Fund | A | Dividend | | | Buy | 09/13/13 | J | | |
| 54. | | | | | Sold | 11/08/13 | J | A | |
| 55. Putman Capital Spectrum C (IRA) (PVSCX) | A | Dividend | L | T | Buy | 08/28/13 | K | | |
| 56. | | | | | Buy (add'l) | 09/17/13 | K | | |
| 57. Blackrock Global Allocation C (IRA) (MCLOX) | B | Dividend | K | T | Buy | 08/28/13 | K | | |
| 58. | | | | | Buy (add'l) | 09/17/13 | K | | |
| 59. Morgan Stanley Cash Account (X) | A | Dividend | M | T | | | | | |
| 60. Property Located in Honolulu, HI | | None | K | W | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 60: Value of property located in Honolulu, Hawaii is based on current selling price of comparable property.

Part V, Line 2: I was one of seven named plaintiffs in a lawsuit brought in the United States Court of Federal Claims (Barker v. US, No. 1:12-cv-00826) challenging the denial of Article III judges' cost-of-living adjusments over multiple years. Attorneys' fees and costs were expended between November 2012 and December 31, 2013 in the total amount of $186,612.35 (one-seventh of which is $26,658.91) on a pro bono basis by the law firm of Susman Godfrey, LLP, 1201 Third Avenue, Suite 3800, Seattle WA 98101. Susman Godfrey served as plaintiffs' counsel without compensation or reimbursement from me or the other plaintiffs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Michael Seabright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544